UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LAWRENCE WATSON, | * | |
| | * | |
| Plaintiff, | * | C.A. No. 10-11451-JLT |
| | * | |
| v. | * | |
| | * | |
| ROBERT LEWIS, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER OF DISMISSAL

For the reasons stated in the Order dated January 10, 2011, this action is DISMISSED.

                                       SARAH A. THORNTON
                                       CLERK OF COURT

Dated: 1/11/11                                   By /s/ Zita Lovett
                                                                 Deputy Clerk